NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000636
29-DEC-2015
10:27 AM

NO. CAAP-15-0000636

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FELICISIMO L. RAMISCAL, Claimant-Appellant, v.
ELLEAIR MAUI GOLF CLUB, LLC and
FIREMAN'S FUND INSURANCE COMPANY, Respondents-Appellees

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(AB 2014-186(M))(7-01-03132)

ORDER DISMISSING THE APPEAL
PURSUANT TO HRAP RULES 11(b)(2) AND (c)(2)
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On August 20, 2015, Claimaint-Appellant Felicisimo L. Ramiscal (Appellant), pro se, filed a notice of appeal with the Labor and Industrial Relations Appeals Board (LIRAB), Case Nos. AB 2014-297(M) and AB 2014-186(M). On August 27, 2015, the notice of appeal was electronically filed to create this appeal, CAAP-15-0000636, from LIRAB Case No. AB 2014-186(M);

(2) On December 2, 2015, the appellate clerk notified Appellant that the time to docket the record on appeal expired on October 19, 2015, the filing fees had not been paid, the record

on appeal cannot be prepared without the fees or an order authorizing Appellant to proceed on appeal in forma pauperis, the matter would be called to the court's attention on December 12, 2015, for appropriate action, which may include dismissal, and Appellant may file a motion requesting relief from default;

(3) Appellant did not pay the filing fees, give security for costs, or take any further action in this appeal; and

(4) An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the required fees or obtain an order allowing the appellant to proceed in forma pauperis. Hawaiʻi Rules of Appellate Procedure Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawaiʻi, December 29, 2015.

Chief Judge

Associate Judge

Associate Judge

-2-